

# Missouri Court of Appeals
## Southern District

**MAY 19, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No. SD32821

      Re:    IN THE MATTER OF THE CARE
             AND TREATMENT OF BUSTER REED,
             a/k/a BUSTER O. REED,
             a/k/a BUSTER OLEN REED,
             Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent.

2.    Case No. SD32110

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             WILLIAM B. HAWKINS,
             Defendant-Appellant.